**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50316 |
| Plaintiff - Appellee, | D.C. No. 2:07-cr-01172-DDP |
| v. | |
| APOLONIA RAMIREZ, a.k.a. Reina, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Dean D. Pregerson, District Judge, Presiding

Submitted April 16, 2013[**]

Before:    CANBY, IKUTA, and WATFORD, Circuit Judges.

   Apolonia Ramirez appeals from the district court's judgment and challenges

the 87-month sentence imposed following her guilty-plea conviction for conspiracy

to possess with intent to distribute crack cocaine, in violation of 21 U.S.C.

§§ 841(b)(1)(B)(iii), 846.  We have jurisdiction under 28 U.S.C. § 1291, and we

---

   [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

affirm.

Ramirez contends that the district court gave insufficient weight to her post-offense rehabilitation and thereby imposed a substantively unreasonable sentence. The district court did not abuse its discretion in imposing Ramirez's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The court was aware of Ramirez's post-offense rehabilitation but found that the Guidelines adequately captured her conduct. Ramirez's sentence at the bottom of the advisory Guidelines range is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances. *See Gall*, 552 U.S. at 51.

**AFFIRMED.**